IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTIOCH LITIGATION TRUST, :

    Plaintiff, :

                                                 Case No. 3:09cv218

    vs. :
                                    JUDGE WALTER HERBERT RICE

McDERMOTT WILL & EMERY, LLP, :

    Defendant. :

---

DECISION AND ENTRY OVERRULING DEFENDANT'S FIRST MOTION
TO DISMISS (DOC. #10), AS SUPERSEDED

---

In response to Plaintiff's Complaint (Doc. #1), charging it with legal malpractice, the Defendant filed a Motion to Dismiss (Doc. #10) ("First Motion to Dismiss"). Plaintiff, in turn, filed an Amended Complaint (Doc. #14), which resulted in Defendant filing another Motion to Dismiss (Doc. #16) ("Second Motion to Dismiss"). Just as the Plaintiff's Amended Complaint has superseded its initial pleading, Defendant's Second Motion to Dismiss has superseded its first such

motion. Accordingly, the Court overrules, as superseded, Defendant's First Motion to Dismiss (Doc. #10).

February 17, 2010

                                                /s/ Walter Herbert Rice
                                                WALTER HERBERT RICE, JUDGE
                                                UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.