IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| ANTIOCH LITIGATION TRUST, <br> W. TIMOTHY MILLER, TRUSTEE, | : | CASE NO. 09-CV-218 |
| | : | (Judge Timothy S. Black) |
| Plaintiff, | : | |
| v. | : | **DEFENDANT MCDERMOTT WILL & EMERY LLP'S NOTICE OF FILING OF EXHIBITS** |
| MCDERMOTT WILL & EMERY LLP, | : | |
| Defendant. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 56(c)(1) and S. D. Ohio Civ. R. 5.4, Defendant McDermott Will & Emery LLP gives notice of filing of the following exhibits in support of Defendant McDermott Will & Emery LLP's Motion for Summary Judgment on Liability Issues Relating to the Fairness of the 2003 ESOP Transaction (Doc. No. 117):

    Deposition Exhibit 3 (attached as Exhibit A)
    Deposition Exhibit 13 (attached as Exhibit B)
    Deposition Exhibit 20 (attached as Exhibit C)
    Deposition Exhibit 45 (attached as Exhibit D)
    Deposition Exhibit 48 (attached as Exhibit E)
    Deposition Exhibit 294 (attached as Exhibit F)
    Deposition Exhibit 336 (attached as Exhibit G)
    Deposition Exhibit 380 (attached as Exhibit H)
    Deposition Exhibit 436 (attached as Exhibit I)
    Deposition Exhibit 437 (attached as Exhibit J)
    Deposition Exhibit 530 (attached as Exhibit K)
    March 14, 2014 Report of Dave G. Borden, CPA/ABV (attached as Exhibit L)

                Respectfully submitted,


                <u>s/ Charles J. Faruki</u>
                Charles J. Faruki (0010417)
                  Trial Attorney
                Jeffrey S. Sharkey (0067892)
                Donald E. Burton (0040553)
                FARUKI IRELAND & COX P.L.L.
                500 Courthouse Plaza, S.W.
                10 North Ludlow Street
                Dayton, OH 45402
                Telephone: (937) 227-3705
                Telecopier: (937) 227-3717
                Email: cfaruki@ficlaw.com

                Attorneys for Defendant
                McDermott Will & Emery LLP

## CERTIFICATE OF SERVICE

I certify that on the 7th day of August, 2014, I electronically filed the foregoing Defendant McDermott Will & Emery LLP's Notice of Filing of Exhibits with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

> Marcia Voorhis Andrew
> Thomas R. Schuck
> Aaron M. Herzig
> Christina L. Fischer
> TAFT STETTINIUS & HOLLISTER LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, OH  45202-3957
>
> Attorneys for Plaintiff
> Antioch Litigation Trust

s/ Jeffrey S. Sharkey
Jeffrey S. Sharkey

869821.1